Jeffrey SMITH, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 104597

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: September 12, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied November 13, 2017

ATTORNEYS FOR APPELLANT: Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO 63101.

ATTORNEYS FOR RESPONDENT: Joshua D. Hawley, Attorney General, Gregory L. Barnes, Asst. Attorney General, P. O. Box 899, Jefferson City, MO 65102-0899.

Before Robert G. Dowd, Jr., P.J. and Sherri B. Sullivan and Kurt S. Odenwald, JJ.

## ORDER

PER CURIAM.

Jeffrey Smith appeals the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find the motion court's findings of fact and conclusions of law are not clearly erroneous and affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).